Case 3:21-cv-00361   Document 25   Filed on 10/24/24 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
October 24, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| KIMBERLY GUERRA JOHNSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | 3:21-cv-361 |
| | § | |
| COMMISSIONER OF SOCIAL SECURITY, | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On October 2, 2023, the court referred all pretrial matters in this case to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 8. Judge Edison filed a memorandum and recommendation on October 9, 2024, recommending that the Commissioner's decision be reversed and this matter remanded to the Social Security Administration for further proceedings. Dkt. 23.

No objections have been filed to the memorandum and recommendation. Accordingly, the court reviews it for plain error on the face of the record. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the court finds that there is no plain error apparent from the face of the record. Accordingly:

(1) Judge Edison's memorandum and recommendation, Dkt. 23, is approved and adopted in its entirety as the holding of the court; and

(2) The Commissioner's decision is reversed; and

(3) This matter is remanded to the Social Security Administration for further proceedings consistent with the court's opinion.

Signed on Galveston Island this 24th day of October, 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE